**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**17 South Park Row**
**Erie, PA 16501**
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: June 14, 2011

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

**RE: X2Y ATTENUATORS, LLC vs. INTEL CORPORATION**
Case Number:   **1:11–CV–00117–SJM**

Dear Commissioner:

In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

Sincerely,

ROBERT V. BARTH, JR.
CLERK OF COURT

By:  /s/ tt
Deputy Clerk

Enclosures