**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

X2Y ATTENUATORS, LLC,                     )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      C.A. No. 11-117-SJM
                                          )
INTEL CORPORATION, APPLE INC., and        )      Sean J. McLaughlin, District Judge
HEWLETT-PACKARD COMPANY,                  )
                                          )
            Defendants.                   )

## ORDER OF COURT

AND NOW this 1st day of August, 2011, it is hereby ORDERED that this Action is

stayed pursuant to 28 U.S.C. §1659(a).


_____

Sean J. McLaughlin, District Judge